**S. F. DAVIS, Appellant, v. J. W. KINNARD et al., Appellees.**

Court of Appeals of Kentucky

March 13, 1945.

H. D. Parrish and J. P. Chenault for appellant.

Stanley Powell for appellees.

PER CURIAM.

Appeal denied. Judgment affirmed. Mutual Benefit Life Insurance Co. v. First National Bank, 160 Ky. 538, 169 S. W. 1028.

**MUTUAL BENEFIT LIFE INSURANCE COMPANY et al., Appellants v. J. M. KINNARD, Appellee.**

Court of Appeals of Kentucky

March 13, 1945.

Wm. Marshall Bullitt, Wm. Mellor, Bullitt & Middleton and Chenault & Parrish for appellant.

Stanley Powell for appellee.

PER CURIAM.

Appeal denied. Judgment affirmed.